UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WC THOUSAND OAKS CENTER, LP | § § § | CASE NO. 21-10251-tmd |
| DEBTOR | § § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

NOW COMES THE FIRST NATIONAL BANK OF SONORA, TEXAS DBA SONORA BANK ("SONORA BANK"), a party in interest, which herewith gives notice of its appearance in said cause, and pursuant to 11 U.S.C. Sec. 1109(b), Bankruptcy Rules 2002, 3017 and 9013 of the Federal Rules of Bankruptcy Procedure and any other Bankruptcy Rules or local rules governing notice, requests that all notices given or required to be given and all papers served or required to be served, including copies of all notices, applications, motions, orders, pleadings, disclosure statements, schedules and all other papers filed in this case, be served upon SONORA BANK by serving its attorney of record:

Michael Flume
mflume@flumelaw.net
FLUME LAW FIRM, LLP
1020 N.E. Loop 410, Suite 530
San Antonio, Texas 78209

Dated this 8th day of April 2021.

Respectfully submitted,

FLUME LAW FIRM, LLP
1020 N.E. Loop 410, Suite 530
San Antonio, Texas 78209
(210) 828-5641
(210) 821-6069 Facsimile


*/s/ Michael Flume*
MICHAEL FLUME
State Bar No. 07188480

mflume@flumelaw.net

ATTORNEYS FOR THE FIRST NATIONAL BANK OF SONORA, TEXAS DBA SONORA BANK

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2021, a true and correct copy of the foregoing Notice of Appearance was served via electronic means as listed on the Court's ECF noticing system or by regular first-class mail to the parties below.

*Debtor*
WC Thousand Oaks Center, LP
814 Lavaca Street
Austin, TX 78701

*Debtor's Attorney*
Mark H. Ralston
Fishman Jackson
13155 Noel Rd. Ste. 700
Dallas, TX 75240

*U.S. Trustee-AU12*
United States Trustee
903 San Jacinto Blvd. Ste. 230
Austin, TX 78701

*Parties Requesting Notice*
Don Stecker
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Ste. 2200
San Antonio, TX 78205

Kimberly A. Walsh
Assistant Attorney General
Bankruptcy & Collections MC 008
P.O. Box 12548
Austin, TX 78711-2548

*/s/ Michael Flume*
MICHAEL FLUME